IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02466-MSK-PAC

TRACY LENT-RODRIGUEZ,
ALEXANDRIA RODRIGUEZ,
NOELLE RODRIGUEZ,
BRANDY RODRIGUEZ,
WILLIAM RODRIGUEZ,

    Plaintiff(s),

v.

USAA CASUALTY INSURANCE COMPANY, a Texas corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Vacate May 17, 2006 Settlement Conference [filed May 9, 2006; Doc. No. 13] is **GRANTED** as follows:

The Settlement Conference set for May 17, 2006 is vacated.

Dated:  May 12, 2006