IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02466-MSK-PAC

TRACY LENT-RODRIGUEZ,
ALEXANDRIA RODRIGUEZ,
NOELLE RODRIGUEZ,
BRANDY RODRIGUEZ,
WILLIAM RODRIGUEZ,

    Plaintiff(s),

v.

USAA CASUALTY INSURANCE COMPANY, a Texas corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    Due to directions from Judge Krieger regarding the setting of discovery and dispositive motions deadlines relative to the final pretrial conference, it is hereby

    **ORDERED** that the Stipulated Motion to Amend Scheduling Order [filed June 21, 2006; Doc. No. 17] is **granted in part and denied in part** as follows:

    The deadline for amendment of pleadings is **June 30, 2006.**

    Plaintiffs' expert witness disclosures are due **September 1, 2006.**

    Defendant's expert witness disclosures are due **October 1, 2006.**

    Written discovery cutoff deadline is **November 1, 2006.**

    Rebuttal witness disclosures are due **October 15, 2006.**

    Dispositive motions deadline is **November 15, 2006.**  No extensions.

Overall discovery cutoff is **November 1, 2006.**

Dated:  June 23, 2006